UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| JANET McCASKILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Consolidated Cases |
| | ) | Civil Case No. 02-2305 (RJL) |
| BRUCE JAMES, | ) | Civil Case No. 04-2229 (RJL) |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 23rd day of February 2006, hereby

**ORDERED** that defendant's motion for summary judgment [#26], which was filed in Civil Case No. 02-2305, is **GRANTED**; it is further

**ORDERED** that defendant's motion to dismiss and/or for summary judgment [#10], which was filed in Civil Case No. 04-2229 is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the cases are dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

